# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ryan Derek Shipwash,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                           3:10cv631

Richard Neely, J. Bennett, FNU Horne, Hattie Pimpong and FNU Boney,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2011 Order.

                                                  Signed: March 25, 2011

                                                  Frank G. Johns, Clerk
                                                  United States District Court